UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) Cause No. 14-1112<br>) |
| vs. | )<br>) |
| INSURANCE COMPANY OF NORTH AMERICA, et al. | )<br>)<br>) |
| Defendants. | ) |

**PACIFIC EMPLOYERS INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO JOINT STIPULATION OF THE PARTIES**

COMES NOW Defendant Pacific Employers Insurance Company ("PEIC"), by and through its attorneys, and pursuant to the Joint Stipulation of the Parties filed on May 23, 2016, respectfully asks the Court to enter an Order dismissing the claims against PEIC herein. As grounds therefore, PEIC states as follows:

1. On May 23, 2016, the Parties filed herein the Joint Stipulation.

2. The Joint Stipulation states in Paragraph 22 that "[t]he Parties agree that the claims against PEIC may be dismissed."

Wherefore, premises considered, defendant Pacific Employers Insurance Company respectfully asks the Court to enter an Order dismissing the claims against it herein.

Respectfully submitted this 23rd day of May, 2016.

By: /s/ Stephen C. Ascher

Stephen C. Ascher (Admitted Pro Hac Vice)
Cohn Baughman & Martin

1

        333 West Wacker Drive, Suite 900
        Chicago, Illinois  60606
        Telephone: (312) 753-6600
        Facsimile: (312) 753-6601

And

GOLDSTEIN and PRICE, L.C.
  and Alan K. Goldstein, 36214MO
  and Elana Charles, 64775MO
One Memorial Drive, Suite 1000
St. Louis, MO 63102-2449
Telephone:  314-516-1700
Facsimile:   314-421-2832
**Attorneys for Defendants Insurance Company of North America and Pacific Employers Insurance Company**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of May, 2016, the foregoing document was served upon the counsel of record via the Court's ECF filing system on all attorneys of record.

        /s/ Stephen C. Ascher